**COX, WOOTTON, LERNER, GRIFFIN,
HANSEN & POULOS, LLP**
Terence S. Cox (SBN 076142)
Juliette B. McCullough (SBN 278929)
190 The Embarcadero
San Francisco, CA  94105
tcox@cwlfirm.com; jmccullough@cwlfirm.com
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
CROWLEY LINER SERVICES;
FIDELIO LIMITED PARTNERSHIP, INC.
and M/V RESOLVE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN J. BRADLEY<br><br>       Plaintiff,<br><br>  v.<br><br>CROWLEY LINER SERVICES; FIDELIO LIMITED PARTNERSHIP, INC.; and DOES 1-5, *in personam*, and M/V RESOLVE, her engines, tackle, apparel, furniture, and appurtenances, *in rem;*<br><br>       Defendants. | Case No. 14-CV-02499-KAW<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER** |

Defendants CROWLEY LINER SERVICES, FIDELIO LIMITED PARTNERSHIP, INC. and M/V RESOLVE (collectively "Defendants"), and Plaintiff EVAN J. BRADLEY's ("Plaintiff"), through their attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed his original complaint on May 30, 2014;

WHEREAS, the initial Case Management Conference was scheduled for August 28, 2014 at 1:30 P.M.;

WHEREAS, Plaintiff filed a motion to continue the initial Case Management Conference on August 19, 2014;

WHEREAS, the Court continued the initial Case Management Conference to October 28, 2014;

WHEREAS, the Court further continued the initial Case Management Conference to January 13, 2015 at 1:30 P.M.;

WHEREAS, Plaintiff served the original complaint on the original named defendants on November 3, 2014;

WHEREAS, those original defendants promptly notified Plaintiff of errors in his original complaint and identified the proper entities to be sued;

WHEREAS, Plaintiff agreed to file a First Amended Complaint naming the appropriate entities for clarity going forward in litigation;

WHEREAS, Plaintiff filed that First Amended Complaint on December 30, 2014;

WHEREAS, Plaintiff served the First Amended Complaint on Defendants on January 5, 2015;

WHEREAS, Defendant's Answer is not due until January 23, 2015;

WHEREAS, a Case Management Conference on January 13, 2015 will be premature because the case will not be at issue;

//

//

//

-2-   Case No. 14-CV-02499-KAW
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; PROPOSED ORDER

NOW THEREFORE, the parties, by and through their counsel, agree and stipulate as follows:

The Initial Case Management Conference should be continued to a date on or after February 24, 2015.

Dated:  January 6, 2015                COX, WOOTTON, LERNER, GRIFFIN,
                                       HANSEN & POULOS, LLP
                                       Attorneys for Defendants,
                                       CROWLEY LINER SERVICES; FIDELIO
                                       LIMITED PARTNERSHIP, INC.; and M/V
                                       RESOLVE

                                       By:  /S/ Juliette B. McCullough
                                            Terence S. Cox
                                            Juliette B. McCullough


Dated:  January 6, 2015                Brodsky Micklow Bull & Weiss LLP
                                       384 Embarcadero West, Suite 200
                                       Attorneys for Plaintiff,
                                       Evan J. Bradley

                                       By:  /S/ Edward M. Bull, III
                                            Edward M. Bull, III


Per Local Civil Rule 5-1(i)(3) of the Northern District of California, the filer attests that Edward M. Bull, III of Brodsky Micklow Bull & Weiss LLP, counsel for Plaintiff Evan J. Bradley, as listed above and on whose behalf the filing is submitted, concurs in this filing's content and has authorized the filing hereof.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO,
CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

CRW.Bradley

-3-                                Case No. 14-CV-02499-KAW
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; PROPOSED ORDER

1

~~PROPOSED~~ ORDER

Having read and considered the parties' Stipulation to Continue the Initial Case Management Conference, and good cause appearing,

IT IS HEREBY ORDERED that the Initial Case Management Conference shall be continued to ~~a date on or after~~ February 24, 2015, at 1:30 P.M. ~~in Courtroom 4.~~

Dated: 1/7/15

*Kandis Westmore*
~~Magistrate~~
Judge Kandis Westmore

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO,
CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

CRW.Bradley

-4-    Case No. 14-CV-02499-KAW
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; PROPOSED ORDER